LAW OFFICES OF STEPHEN R. WADE
STEPHEN R. WADE CBN 79219
5150 E. PACIFIC COAST HWY
STE. 210
LONG BEACH, CA
PHONE (909) 575-7597

Attorney for: Debtor and Debtor in Possession
Foothill & Towne LLC

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>FOOTHILL & TOWNE, LLC, a California limited liability company<br><br>Debtor.<br>_____<br>FOOTHILL & TOWNE, LLC, a California limited liability company<br><br>Plaintiff,<br><br>v.<br><br>GREEN LOTUS GROUP LLC, a California limited liability company<br><br>Defendant.<br>_____ | Case No.:    8:25-bk-10136-SC<br><br>Adv. No.:<br><br>Chapter 11<br><br>**NOTICE OF REMOVAL OF ACTION**<br>**(28 U.S.C. 1334 and 157(b))**<br><br>**(FRBP 9027)** |

**TO THE CLERK OF THE ABOVE ENTITLED COURT**

    **PLEASE TAKE NOTICE THAT**:

    Debtor in Possession and Plaintiff herein Foothill & Towne, LLC, a California limited liability company, ("Foothill & Towne") hereby removes that action currently pending in the Superior Court of the State of California, County of Los Angeles. Case No. 24STCV15235 to the United States Bankruptcy Court for the Central District of California, Santa Ana Division and sets forth in support of its Notice of Removal the following:

---
NOTICE OF REMOVAL OF ACTION

1

## I. INTRODUCTION

This bankruptcy case was initiated by the filing of a voluntary petiton under Chaper 11 of the Bankruptcy Code on January 17, 2025. The Debtor herein, Foothill and Towne is the Debtor in Possession in the case and no Trustee has been appointed. The sole asset of the estate of this Debtor are two parcels of vacant real property located at 700 and 704 West Foothill Blvd in the City of Pomona, California (the "Subject Property") The case is a "single assset real estate case" pursuant to 11 U.S.C. 101(51B).

On June 24, 2024 Foothill and Towne filed an action in Los Angeles Superior Court, Case No. 24STCV15235. (The "Action") The Action alleges that the Debtor was fraudulently induced to execute a deed of trust securing the Subject Property in March, 2023 which was recorded in the County of Los Angeles on April 4, 2023 as document #20230209904. In addition to being fraudulently induced to execute that Deed of Trust, the Complain alleges that it was not supported by consideration and is void ab initio.

The Complaint seeks to 1) Quiet Title to the Subject Propery free and clear of the Green Lotus Deed of Trust; 2) to cancel the Green Lotus Deed of Trust; 3) for Slander of Title and; 4) for Declaratory Relief.

The Action is currently pending in Los Angeles Superior Court.

## II. JURISDICTION

Bankruptcy Court jurisdiction is governed by 28 U.S.C. Sections 1334 and 157. Bankrupcty courts, via referral from the District Courts, hacve subject matter jurisdiction over proceedings, "arising under title 11, or arising in or related to cases under title 11. (28 U.S.C. Section 1334(b). Further, 28 U.S.C. Section 157(b)(1) provides that "[b]ankruptcy judges may hear and determine all cases under title 11 and all core proceedings arising under title 11 or ariasing in a case under title 11" that are referred to it by the district court. Subsection (b))(2) of Section 157 provides a non-exhaustive list of "core" proceedings.

These core proceedings include 1) matters affecting the administration of the estate; 28 U.S.C. 157(b)(2)(A); 2) allowance of disallowance of claims against he estate or exemptions from property of

the estate. 28 U.S.C. 157(b)(2)(B); 3) determinations of the validity, extent, or priority of liens. 28 U.S.C. 157(b)(2)(K), and 4) other proceedings affecting liquidation of the assets of the estate or the adjustment of the debtor-creditor relationship. 28 U.S.C. 157(b)(2)(O).

The Action being removed meets all four of these categories. The Action seeks to quiet title to the sole asset of the estate as against the purported lien of Defendant Green Lotus. The Subject Property has been approved for sale by this Court free and clear of that lien pursuant to 11 U.S.C 363(f) as a lien which is "disputed". That Order provides that the sum of $1,500,000 is to be held pending a determination of the validity of that lien. The Debtor's reorganization centers around the proper distribution of those funds after a resolution of this Action. Thus, it meets the requirement of 28 U.S.C. 157(b)(2)(A). Which affects the administration of the estate in that it effects confirmation of a Plan of Reorganization and distribution of funds.

The Action also seeks a resolution of the amount, if any of the claim of Green Lotus purportedly secured by the Green Lotus Deed of Trust in that is disputes the validity of any amount owed to Green Lotus purportedly secured by the Green Lotus Deed of Trust, and thus operates as a claim allowance action under 28 U.S.C. 157(b)(2)(B),

Similarly, the outcome of the Action will serve to determine the validity, extent and priority of the Green Lotus Deed of Trust, fitting neatly into the parameters of 128 U.S.C. 157(b)(2)(K).

Finally, the Action fits within the parameters of the broader language of 28 U.S.C. 157(b)(2)(O) in that cumulatively it affects the liquidation of the assets of the estate or the adjustment of the debtor-creditor relationship.

**III.    Other Requirements for Removal**

This Notice of Removal is being filed within ninety (90) days after the entry of the Order for Relief in this case on January 17, 2025 and is thus timely pursuant to Federal Rule of Bankruptcy Procedure 9027(a)(2). The Action has not been previously removed and remanded. Plaintiff consents to this Court for entry of final orders or judgment by the bankruptcy court.

Plaintiff is filing a Notice of Removal and Status Conference with the Clerk of the Bankruptcy Court herewith.

1    Removal to this Court is proper as the Superior Court of the State of Californ, Conty of los
2 Angeles, where the original Action was ordinally filed, is located within this District.
3
4 Dated: April 15, 2025                                    The Law Offices of Stephen R. Wade
5
6                                                                           By: _____
7                                                                                  Stephen R. Wade

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
5150 E. Pacific Coast Hwy. Ste. 210; Long Beach, CA 90804

A true and correct copy of the foregoing document entitled (*specify*): Notice of Removal of Action

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 04/15/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
Kenneth Misken    Kenneth.M.Misken@usdoj.gov
mpeng@stonesalluslaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 04/15/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Green Lotus Group, LLC
17272 Newhope St.
Ste. K
Fountain Valley, CA 92702

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/15/2025 | StephenR.Wade | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                    F 9013-3.1.PROOF.SERVICE