1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 2

# SUMMONS
## *(CITACION JUDICIAL)*

**SUM-100**

<table>
<tr><td>

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
GREEN LOTUS GROUP, LLC a California limited liability company; ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO THE PLAINTIFFS' TITLE, OR ANY CLOUD UPON THE PLAINTIFFS' TITLE THERETO; and DOES 1 through 100, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
FOOTHILL AND TOWNE, LLC, a California limited liability company

</td><td>

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**Electronically FILED by
Superior Court of California,
County of Los Angeles
6/20/2024 1:01 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By D. Kim, Deputy Clerk**

</td></tr>
</table>

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

<table>
<tr><td>

The name and address of the court is:
*(El nombre y dirección de la corte es):*

Stanley Mosk Courthouse; 111 N Hill St, Los Angeles, CA 90012

</td><td>

CASE NUMBER:
*(Número del Caso):*

**24STCV15235**

</td></tr>
</table>

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
FitzGerald Kreditor Bolduc Risbrough LLP; 2 Park Plaza, Ste 850, Irvine, CA 92614; (949) 788-8900

<table>
<tr><td>

DATE:
*(Fecha)*  06/20/2024

</td><td>

Clerk, by David W. Slayton, Executive Officer/Clerk of Court Deputy
*(Secretario)* _____ D. Kim _____ *(Adjunto)*

</td></tr>
</table>

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*
3. [ ] on behalf of *(specify):*

   under: [ ] CCP 416.10 (corporation)       [ ] CCP 416.60 (minor)
   [ ] CCP 416.20 (defunct corporation)   [ ] CCP 416.70 (conservatee)
   [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
   [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 3

1   FITZGERALD KREDITOR BOLDUC RISBROUGH LLP
Eoin L. Kreditor (SBN 151131)

2      ekreditor@fkbrlegal.com
Paul Johnson Sievers (SBN 156561)

3      psievers@fkbrlegal.com
2 Park Plaza, Suite 850

4   Irvine, California 92614
Telephone:   (949) 788-8900

5   Facsimile:    (949) 788-8980

6   Attorneys for Plaintiff
FOOTHILL AND TOWNE, LLC

7

Electronically FILED by
Superior Court of California,
County of Los Angeles
6/25/2024 4:15 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By A. Lopez, Deputy Clerk

8          **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9       **COUNTY OF LOS ANGELES — STANLEY MOSK COURTHOUSE**

10

11   FOOTHILL AND TOWNE, LLC, a        Case No.: 24STCV15235
California limited liability company,    [Unlimited Jurisdiction]

12                             Assigned for all purposes to: Hon. Rupert A.
         Plaintiff,          Byrdsong – Dept. 28

13

14           and

15   GREEN LOTUS GROUP, LLC a California
limited liability company; ALL PERSONS

16   UNKNOWN, CLAIMING ANY LEGAL      **PROOF OF SERVICE**
OR    EQUITABLE   RIGHT,   TITLE,

17   ESTATE, LIEN, OR INTEREST IN THE
PROPERTY   DESCRIBED   IN   THE

18   COMPLAINT   ADVERSE   TO   THE     Complaint Filed:  June 18, 2024
PLAINTIFFS' TITLE, OR ANY CLOUD   Trial Date:     None

19   UPON   THE   PLAINTIFFS'   TITLE
THERETO; and DOES 1 through 100,

20   inclusive,

21

22         Defendants.

23

24

25

26

27

28

PROOF OF SERVICE

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Paul Johnson Sievers | SBN: 256561
FITZGERALD KREDITOR BOLDUC RISBROOUGH LLP
2 Park Plaza  850 Irvine, CA 92614

TELEPHONE NO.: (949) 788-8900 | FAX NO. (949) 788-8980 | E-MAIL ADDRESS psievers@fkbrlegal.com
ATTORNEY FOR (Name):  Plaintiff: FOOTHILL AND TOWNE, LLC

**LOS ANGELES COUNTY SUPERIOR COURT**

STREET ADDRESS: 111 N. HILL STREET

CITY AND ZIP CODE: LOS ANGELES, CA 90012-3117

BRANCH NAME: STANLEY MOSK

| PLAINTIFF/PETITIONER: FOOTHILL AND TOWNE, LLC, a California limited liability company | |
|---|---|
| DEFENDANT/RESPONDENT: GREEN LOTUS GROUP, LLC a California limited liability company; et al. | CASE NUMBER: 24STCV15235 |

| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: 15187.07 |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents):* Civil Case Cover Sheet Addendum and Statment of Location; Notice of Case Assignment Unlimited Civil Case
3. a. Party served *(specify name of party as shown on documents served):*
   **GREEN LOTUS GROUP, LLC, a California limited liability company**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **Ann Nguyen - Agent for Service**

   Age: 51-55 | Weight: 100-120 Lbs | Hair: Black | Sex: Female | Height: 5'1 - 5'6 | Eyes: Brown | Race: Asian

4. Address where the party was served: **1590 Sunland Ln**
   **Costa Mesa, CA 92626-1515**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 6/24/2024   (2) at *(time):* 1:18 PM

   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):*          or ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Page 1 of 2
Code of Civil Procedure, § 417.10
**POS010-1/OC179803**

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                         *(2) from (city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)*

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☑ On behalf of **GREEN LOTUS GROUP, LLC, a California limited liability company**
   under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☑ other: **Limited liability company** |

7. **Person who served papers**
a. Name: **Frank Harrigan - Nationwide Legal, LLC REG: 12-234648**
b. Address: **901 W. Civic Center Drive, Suite# 190  Santa Ana, CA 92703**
c. Telephone number: **(714) 558-2400**
d. The fee for service was: **$ 106.20**
e. I am:

   (1) ☐ not a registered California process server.
   (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
   (3) ☑ registered California process server:
      (i) ☐ owner     ☐ employee    ☑ independent contractor.
      (ii) Registration No.: **1530**
      (iii) County: **Orange**

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **6/24/2024**

**Nationwide Legal, LLC**
**901 W. Civic Center Drive, Suite# 190**
**Santa Ana, CA 92703**
**(714) 558-2400**
**www.nationwideasap.com**

_____
      **Frank Harrigan**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 4

**CIV-100**

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO: 156561 | FOR COURT USE ONLY |
|---|---|---|

NAME: Paul Johnson Sievers
FIRM NAME: FitzGerald Kreditor Bolduc Risbrough LLP
STREET ADDRESS: 2 Park Plaza, Suite 850
CITY: Irvine     STATE: CA    ZIP CODE: 92614
TELEPHONE NO: 949-788-8900    FAX NO: 949-788-8980
E-MAIL ADDRESS: psievers@fkbrlegal.com
ATTORNEY FOR (name): FOOTHILL AND TOWNE, LLC

**Electronically FILED by
Superior Court of California,
County of Los Angeles
8/05/2024 5:24 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By J. Chea, Deputy Clerk**

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 N Hill St.
MAILING ADDRESS: 111 N Hill St.
CITY AND ZIP CODE: Los Angeles 90012
BRANCH NAME: STANLEY MOSK COURTHOUSE

Plaintiff/Petitioner: FOOTHILL AND TOWNE, LLC
Defendant/Respondent: GREEN LOTUS GROUP, LLC, et al.

| REQUEST FOR (Application) | [x] Entry of Default<br>[ ] Court Judgment | [ ] Clerk's Judgment | CASE NUMBER:<br>24STCV15235 |
|---|---|---|---|

**Not for use in actions under the Fair Debt Buying Practices Act (Civ. Code, § 1788.50 et seq.); (see form CIV-105)**

1. TO THE CLERK: On the complaint or cross-complaint filed
   a. on (date): June 18, 2024
   b. by (name): FOOTHILL AND TOWNE, LLC, a California limited liability company
   c. [x] Enter default of defendant (names):
        GREEN LOTUS GROUP, LLC a California limited liability company

   d. [ ] I request a court judgment under Code of Civil Procedure sections 585(b), 585(c), 989, etc., against defendant (names):

       (Testimony required. Apply to the clerk for a hearing date, unless the court will enter a judgment on an affidavit under Code Civ. Proc., § 585(d).)
   e. [ ] Enter clerk's judgment
       (1) [ ] for restitution of the premises only and issue a writ of execution on the judgment. Code of Civil Procedure section 1174(c) does not apply. (Code Civ. Proc., § 1169.)
           [ ] Include in the judgment all tenants, subtenants, named claimants, and other occupants of the premises. The Prejudgment Claim of Right to Possession was served in compliance with Code of Civil Procedure section 415.46.
       (2) [ ] under Code of Civil Procedure section 585(a). (Complete the declaration under Code Civ. Proc., § 585.5 on the reverse (item 5).)
       (3) [ ] for default previously entered on (date):

2. Judgment to be entered.

| | Amount | Credits acknowledged | Balance |
|---|---|---|---|
| a. Demand of complaint ............. $ | $ | $ | |
| b. Statement of damages* | | | |
|   (1) Special ................. $ | $ | $ | |
|   (2) General ................. $ | $ | $ | |
| c. Interest ..................... $ | $ | $ | |
| d. Costs (see reverse) ......... $ | $ | $ | |
| e. Attorney fees ............... $ | $ | $ | |
| f. TOTALS ................... $ | $ | $ | |

   g. **Daily damages** were demanded in complaint at the rate of: $     per day beginning (date):

   (* Personal injury or wrongful death actions; Code Civ. Proc., § 425.11.)

3. [ ] (Check if filed in an unlawful detainer case.) **Legal document assistant or unlawful detainer assistant** information is on the reverse (complete item 4).

Date: August 5, 2024

Paul J. Sievers
(TYPE OR PRINT NAME)       ▶       (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

| FOR COURT USE ONLY | (1) [✓] Default entered as requested on (date): 08/05/2024 | David W. Slayton, Executive Officer/Clerk of Court |
|---|---|---|
| | (2) [ ] Default NOT entered as requested (state reason): | J. Chea |
| | Clerk, by | , Deputy    Page 1 of 3 |

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CIV-100 [Rev. January 1, 2023] | **REQUEST FOR ENTRY OF DEFAULT**<br>**(Application to Enter Default)** | Code of Civil Procedure, §§ 585–587, 1169<br>www.courts.ca.gov |
|---|---|---|

**CIV-100**

| | |
|---|---|
| Plaintiff/Petitioner: FOOTHILL AND TOWNE, LLC<br>Defendant/Respondent: GREEN LOTUS GROUP, LLC, et al. | CASE NUMBER:<br>24STCV15235 |

4. **Legal document assistant or unlawful detainer assistant (Bus. & Prof. Code, § 6400 et seq.).** A legal document assistant or unlawful detainer assistant ☐ did  ☒ did **not** for compensation give advice or assistance with this form. If declarant has received **any** help or advice for pay from a legal document assistant or unlawful detainer assistant, state:

   a. Assistant's name:

   b. Street address, city, and zip code:

   c. Telephone no.:

   d. County of registration:

   e. Registration no.:

   f. Expires on *(date)*:

5. ☒ **Declaration under Code Civ. Proc., § 585.5** *(for entry of default under Code Civ. Proc., § 585(a)).* This action

   a. ☐ is  ☒ is not  on a contract or installment sale for goods or services subject to Civ. Code, § 1801 et seq. (Unruh Act).

   b. ☐ is  ☒ is not  on a conditional sales contract subject to Civ. Code, § 2981 et seq. (Rees-Levering Motor Vehicle Sales and Finance Act).

   c. ☐ is  ☒ is not  on an obligation for goods, services, loans, or extensions of credit subject to Code Civ. Proc., § 395(b).

6. **Declaration of mailing (Code Civ. Proc., § 587).** A copy of this *Request for Entry of Default* was

   a. ☐ **not mailed** to the following defendants, whose addresses are unknown to plaintiff or plaintiff's attorney *(names)*:

   b. ☒ **mailed** first-class, postage prepaid, in a sealed envelope addressed to each defendant's attorney of record or, if none, to each defendant's last known address as follows:

      (1) Mailed on *(date)*: August 5, 2024

      (2) To *(specify names and addresses shown on the envelopes)*:

      GREEN LOTUS GROUP, LLC, a California limited liability company
      1590 Sunland Lane
      Costa Mesa, CA 92626-1515

      Michael J. Peng, Esq.
      Stone & Sallus, LLP Attorneys at Law
      2235 Campus Drive, El Segundo, CA 902

I declare under penalty of perjury under the laws of the State of California that the foregoing items 4, 5, and 6 are true and correct.

Date: August 5, 2024

| Vianni N. Scafidi | ▶ | |
|---|---|---|
| (TYPE OR PRINT NAME) | | (SIGNATURE OF DECLARANT) |

7. **Memorandum of costs** *(required if money judgment requested).* Costs and disbursements are as follows (Code Civ. Proc., § 1033.5):

   a. Clerk's filing fees  . . . . . . . . . . . . . . . . . . . . . . $

   b. Process server's fees  . . . . . . . . . . . . . . . . . $

   c. Other *(specify)*:  $

   d.  $

   e. **TOTAL**  . . . . . . . . . . . . . . . . . . . . . . . . . . . $

   f. ☐ Costs and disbursements are waived.

   g. I am the attorney, agent, or party who claims these costs. To the best of my knowledge and belief this memorandum of costs is correct and these costs were necessarily incurred in this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing item 7 is true and correct.

Date: August 5, 2024

| Paul J. Sievers | ▶ | |
|---|---|---|
| (TYPE OR PRINT NAME) | | (SIGNATURE OF DECLARANT) |

**REQUEST FOR ENTRY OF DEFAULT**
(Application to Enter Default)

**CIV-100**

| | |
|---|---|
| Plaintiff/Petitioner: FOOTHILL AND TOWNE, LLC | CASE NUMBER |
| Defendant/Respondent: GREEN LOTUS GROUP, LLC, et al. | 24STCV15235 |

8. **Declaration of nonmilitary status** *(required for a judgment)*.
No defendant/respondent named in item 1c is in the military service of the United States as defined by either the Servicemembers Civil Relief Act (see 50 U.S.C. § 3911(2)) or California Military and Veterans Code sections 400 and 402(f).

I know that no defendant/respondent named in item 1c is in the U.S. military service because *(check all that apply)*:

a. ☐ the search results that I received from *https://scra.dmdc.osd.mil/* say the defendant/respondent is not in the U.S. military service.

b. ☐ I am in regular communication with the defendant/respondent and know that they are not in the U.S. military service.

c. ☐ I recently contacted the defendant/respondent, and they told me that they are not in the U.S. military service.

d. ☐ I know that the defendant/respondent was discharged from U.S. military service on or about *(date)*:

e. ☐ the defendant/respondent is not eligible to serve in the U.S. military because they are:
☐ incarcerated ☐ a business entity

f. ☐ other *(specify)*:

---

**Note**
- U.S. military status can be checked online at *https://scra.dmdc.osd.mil/*.
- If the defendant/respondent is in the military service, or their military status is unknown, the defendant/respondent is entitled to certain rights and protections under federal and state law before a default judgment can be entered.
- For more information, see *https://selfhelp.courts.ca.gov/military-defaults*.

---

I declare under penalty of perjury under the laws of the State of California that the foregoing item 8 is true and correct.

Date:

_____                    ▶    _____
(TYPE OR PRINT NAME)                                              (SIGNATURE OF DECLARANT)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 5

**FILED**
Superior Court of California
County of Los Angeles

**10/17/2024**

David W. Slayton, Executive Officer / Clerk of Court

By: _____ A. Robledo _____ Deputy

1 | Jason M. Stone, Esq. (SBN 299373)
2 | Michael J. Peng, Esq. (SBN 260852)
  | STONE & SALLUS, LLP
  | 2235 Campus Drive
3 | El Segundo, California 90245
  | Telephone: (310) 889-0233
4 | Facsimile: (310) 889-0230
5 | Email: jstone@stonesalluslaw.com
  |        mpeng@stonesalluslaw.com
6
7 | Attorneys for Defendant
  | GREEN LOTUS GROUP, LLC

8

9 | **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

10 | **COUNTY OF LOS ANGELES**

11

12 | FOOTHILL AND TOWNE, LLC, a
   | California limited liability company,

Case No. 24STCV15235
[Hon. Rupert A. Byrdsong, Dept. 28]

13 | Plaintiff,

**STIPULATION TO SET ASIDE ENTRY OF
DEFAULT; [PROPOSED] ORDER**

14 | vs.

15 | GREEN LOTUS GROUP, LLC a California
16 | limited liability company; ALL PERSONS
   | UNKNOWN, CLAIMING ANY LEGAL OR
17 | EQUITABLE RIGHT, TITLE, ESTATE,
   | LIEN, OR INTEREST IN THE PROPERTY
18 | DESCRIBED IN THE COMPLAINT
   | ADVERSE TO THE PLAINTIFFS' TITLE,
19 | OR ANY CLOUD UPON THE PLAINTIFFS'
   | TITLE THERETO; and DOES 1 through 100,
20 | inclusive,

21 | Defendants.

22

23

24

25

26

27

28

1

STIPULATION TO SET ASIDE DEFAULT

## STIPULATION

It is hereby stipulated and agreed, by and between Defendant, Green Lotus Group, LLC ("Defendant"), and Plaintiff, Foothill and Towne, LLC, through their respective attorneys of record, to set aside the Request for Entry of Default that was entered on August 5, 2024, and for an order allowing the appearance of Defendant by filing the pleading in the form attached hereto as Exhibit A, which appears to have been accepted for filing by the Court on August 7, 2024, which shall constitute Defendant's operative pleading in this action.

**IT IS SO STIPULATED.**

DATED: October 14, 2024                 STONE & SALLUS, LLP

By: *Michael J. Peng*
JASON M. STONE
MICHAEL J. PENG
Attorneys for Defendant
**GREEN LOTUS GROUP, LLC**

DATED: October 14, 2024                 FITZGERALD KREDITOR BOLDUC RISBROUGH LLP

By: *Paul Sievers*
EOIN L. KREDITOR
PAUL JOHNSON SIEVERS
Attorney for Plaintiff
**FOOTHILL AND TOWNE, LLC**

Stone & Sallus, LLP
2235 Campus Drive
El Segundo, CA 90245
Tel.: (310) 889-0233

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stone & Salus, LLP
2235 Campus Drive
El Segundo, CA 90245
Tel.: (310) 889-0233

**[~~PROPOSED~~] ORDER**

The stipulation between Defendant, Green Lotus Group, LLC ("Defendant"), and Plaintiff, Foothill and Towne, LLC (together, the "Parties") was considered by the Court.

**FOR GOOD CAUSE APPEARING**, the Parties' stipulation is granted.

1.     The Request for Entry of Default against Defendant, entered on August 5, 2024, is hereby set aside;

2.     Defendant shall file its response in the form attached hereto as Exhibit A, which appears to have been accepted for filing by the Court on August 7, 2024, which shall constitute Defendant's operative pleading in this action.

**IT IS SO ORDERED**.

DATED:   10/17/2024



Rupert A. Byrdsong / Judge

Hon. Rupert A. Byrdsong

3

STIPULATION TO SET ASIDE DEFAULT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# EXHIBIT 6

27
28

1  Jason M. Stone, Esq. (SBN 299373)
2  Michael J. Peng, Esq. (SBN 260852)
   STONE & SALLUS, LLP
   2235 Campus Drive
3  El Segundo, California 90245
   Telephone: (310) 889-0233
4  Facsimile: (310) 889-0230
5  Email: jstone@stonesalluslaw.com
        mpeng@stonesalluslaw.com
6
   Attorneys for Defendant
7  GREEN LOTUS GROUP, LLC

Electronically FILED by
Superior Court of California,
County of Los Angeles
8/07/2024 11:20 AM
David W. Slayton,
Executive Officer/Clerk of Court,
By M. Gonzalez, Deputy Clerk

8
9            SUPERIOR COURT OF THE STATE OF CALIFORNIA
10                      COUNTY OF LOS ANGELES

11
12  FOOTHILL AND TOWNE, LLC, a          Case No. 24STCV15235
    California limited liability company,
13                                       **DEFENDANTS' VERIFIED ANSWER
              Plaintiff,                  TO PLAINTIFF'S COMPLAINT**
14
         vs.
15
    GREEN LOTUS GROUP, LLC a            DEMAND FOR JURY TRIAL
16  California limited liability company; ALL
    PERSONS UNKNOWN, CLAIMING
17  ANY LEGAL OR EQUITABLE RIGHT,
    TITLE, ESTATE, LIEN, OR INTEREST
18  IN THE PROPERTY DESCRIBED IN
    THE COMPLAINT ADVERSE TO THE
19  PLAINTIFFS' TITLE, OR ANY CLOUD
    UPON THE PLAINTIFFS' TITLE
20  THERETO; and DOES 1 through 100,
    inclusive,
21
              Defendants.
22
23
24
25
26
27
28

                                    1

Stone & Sallus, LLP
2235 Campus Drive
El Segundo, CA 90245
Tel.: (310) 889-0233

1    Defendant GREEN LOTUS GROUP, LLC, a California limited liability company

2  ("Defendant"), answers the Verified Complaint ("Complaint") of Plaintiff FOOTHILL AND

3  TOWNE, LLC ("Plaintiff") and admits, denies, and alleges as follows:

4                    **GENERAL ALLEGATIONS**

5    1.    Defendant admits the allegations of paragraph 1 of the Complaint.

6    2.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

7  of the factual allegations in paragraph 2 related to the Unknown Defendants' claims, if any, in the

8  real property and real property interests that are adverse to Plaintiff's property interests at issue in

9  this action and, on that basis, denies them. The remaining allegations of paragraph 2 of the

10  Complaint contain legal conclusions and/or argument for which no response is necessary.

11    3.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

12  of the factual allegations in paragraph 3 regarding the true names and capacities of defendants

13  sued as DOES 1-100 and, on that basis, denies them. The remaining allegations of paragraph 3 of

14  the Complaint contain legal conclusions and/or argument for which no response is necessary.

15    4.    Defendant admits that the real property that is the subject of this action is located in

16  the County of Los Angeles, California. The remaining allegations of paragraph 4 of the Complaint

17  contain legal conclusions and/or argument for which no response is necessary.

18    5.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

19  of the factual allegations in paragraph 5 of the Complaint regarding Plaintiff's specific right, title,

20  or interest in the real property located at 700, 704 East Foothill Boulevard, Pomona, California

21  (the "Property") and, on that basis, denies them. The remaining allegations of paragraph 5 contain

22  legal conclusions and/or argument for which no response is necessary.

23    6.    Defendant admits the allegations of Paragraph 6 of the Complaint.

24    7.    Defendant states that the Deed of Trust, Assignment of Leases and Rents, Security

25  Agreement, and Fixture Filing ("DOT") speaks for itself and that the allegations of paragraph 7

26  contain legal conclusions and/or argument for which no response is necessary.

27    8.    Defendant denies the allegations contained in paragraph 8 of the Complaint,

28  specifically denying that no consideration was paid by Green Lotus Group for the security interest

Stone & Sallus, LLP
2235 Campus Drive
El Segundo, CA 90245
Tel.: (310) 889-0233

2

1 purportedly granted by the DOT or that the DOT is a voidable document. The remaining
2 allegations of paragraph 8 contain legal conclusions and/or argument for which no response is
3 necessary.

4    9.    Defendant admits that it has not reconveyed the DOT. Defendant lacks knowledge
5 or information sufficient to form a belief as to the truth of the factual allegations in paragraph 9
6 regarding Plaintiff's alleged damages and, on that basis, denies them. The remaining allegations
7 of paragraph 9 contain legal conclusions and/or argument for which no response is necessary.

8                              **FIRST CAUSE OF ACTION**

9                                 **For Quiet Title**

10                **(Against All Defendants and Does 1 through 100)**

11    10.    In response to paragraph 10 of the Complaint, Defendant incorporates by reference
12 the responses to paragraphs 1 through 9, above, as though fully set forth herein. Except as
13 expressly admitted, Defendant generally denies the allegations of paragraph 10 and every
14 paragraph referenced therein.

15    11.    The allegations in paragraph 11 of the Complaint consist of legal conclusions and
16 arguments to which no response is necessary.

17                            **SECOND CAUSE OF ACTION**

18                          **For Cancellation of Instruments**

19                **(Against All Defendants and Does 1 through 50)**

20    12.    In response to paragraph 12 of the Complaint, Defendant incorporates by reference
21 the responses to paragraphs 1 through 11, above, as though fully set forth herein. Except as
22 expressly admitted, Defendant generally denies the allegations of paragraph 12 and every
23 paragraph referenced therein.

24    13.    The allegations of paragraph 13 contain legal conclusions and/or argument for
25 which no response is necessary.

26    14.    Defendant admits that it recorded the DOT on April 3, 2023. Defendant denies the
27 remaining allegations contained in paragraph 14 of the Complaint, specifically denying that it
28 never funded the $1,000,000 loan purportedly secured by the DOT, and that the Deed of Trust is

Stone & Sallus, LLP
2235 Campus Drive
El Segundo, CA 90245
Tel.: (310) 889-0233

3

1  void or voidable. The remaining allegations of paragraph 14 contain legal conclusions and/or

2  argument for which no response is necessary.

3       15.    The allegations in paragraph 15 of the Complaint consist of legal conclusions and

4  arguments to which no response is necessary.

5       16.    Defendant lacks knowledge or information sufficient to form a belief as to the truth

6  of the factual allegation in paragraph 16 of the Complaint and, on that basis, denies them. The

7  remaining allegations of paragraph 16 contain legal conclusions and/or argument for which no

8  response is necessary.

9       17.    Defendant denies the allegations contained in paragraph 17 of the Complaint,

10  specifically denying that it has no right, title, or interest in the Property, or right to cause the DOT

11  to be executed and recorded.

12       18.    The allegations in paragraph 18 of the Complaint consist of legal conclusions and

13  arguments to which no response is necessary.

14  ### THIRD CAUSE OF ACTION

15  ### (For Slander of Title against Defendants)

16       19.    In response to paragraph 19 of the Complaint, Defendant incorporates by reference

17  the responses to paragraphs 1 through 18, above, as though fully set forth herein. Except as

18  expressly admitted, Defendant generally denies the allegations of paragraph 19 and every

19  paragraph referenced therein.

20       20.    Defendant denies the allegations contained in paragraph 20 of the Complaint,

21  specifically denying that the DOT is a sham and invalid because the purported loan was never

22  funded. The remaining allegations of paragraph 20 contain legal conclusions and/or argument for

23  which no response is necessary.

24  ### FOURTH CAUSE OF ACTION

25  ### For Declaratory Relief

26  ### (Against All Defendants and Does 1 through 50)

27       21.    In response to paragraph 21 of the Complaint, Defendant incorporates by reference

28  the responses to paragraphs 1 through 20, above, as though fully set forth herein. Except as

Stone & Sallus, LLP
2235 Campus Drive
El Segundo, CA 90245
Tel.: (310) 889-0233

4

DEFENDANTS' VERIFIED ANSWER TO PLAINTIFF'S VERIFIED COMPLAINT

1 expressly admitted, Defendant generally denies the allegations of paragraph 21 and every

2 paragraph referenced therein.

3 22. Defendant admits that a controversy has arisen and now exists between itself and

4 Plaintiff. The remaining allegations in paragraph 22 of the Complaint consist of legal conclusions

5 and arguments to which no response is necessary.

6 23. Defendant states that the phrase "foregoing allegations," as used in paragraph 23 of

7 the complaint, is uncertain as to which specific "foregoing allegations" to which Plaintiff is

8 referring. Defendant, therefore, incorporates by reference its responses to paragraphs 1 through

9 22, above, as though fully set forth herein.

10 24. The allegations in paragraph 24 of the Complaint consist of legal conclusions and

11 arguments to which no response is necessary.

12 25. The allegations in paragraph 25 of the Complaint consist of legal conclusions and

13 arguments to which no response is necessary.

14 26. The allegations in paragraph 26 of the Complaint consist of legal conclusions and

15 arguments to which no response is necessary.

16 ## AFFIRMATIVE DEFENSES

17 Defendant asserts the following affirmative defenses to each of Plaintiff's claims alleged

18 in the Complaint:

19 ## FIRST AFFIRMATIVE DEFENSE

20 ### (Failure to State Cause of Action)

21 1. As a separate and affirmative defense to the Complaint and each cause of action

22 therein, Defendant is informed and believes, and upon such information and belief alleges, that

23 the Complaint and each cause of action therein fail to state facts sufficient to state a cause of action

24 and/or fails to state a cause of action.

25 ## SECOND AFFIRMATIVE DEFENSE

26 ### (Unclean Hands)

27 2. As a separate and affirmative defense to the Complaint and each cause of action

28 therein, Defendant is informed and believes, and upon such information and belief alleges, that to

Stone & Sallus, LLP
2235 Campus Drive
El Segundo, CA 90245
Tel.: (310) 889-0233

5

1  the extent Plaintiff seeks equitable relief, Plaintiff's inequitable and fraudulent conduct constitutes

2  unclean hands and therefore bars the granting of such relief to Plaintiff.

3  ### THIRD AFFIRMATIVE DEFENSE

4  #### (Equitable Estoppel)

5      3.    As a separate and affirmative defense to the Complaint and each cause of action

6  therein, Defendant is informed and believes, and upon such information and belief alleges, that

7  the Complaint, and each cause of action, is barred by reason of actions, omissions, representations

8  and/or courses of conduct engaged in by Plaintiff or other authorized third parties, by which

9  Defendant was led to rely to their detriment, thereby barring under the Doctrine of Equitable

10  Estoppel any causes of action asserted by Plaintiff.

11  ### FOURTH AFFIRMATIVE DEFENSE

12  #### (Waiver)

13      4.    As a separate and affirmative defense to the Complaint and each cause of action

14  therein, Defendant is informed and believes, and upon such information and belief alleges, that

15  Plaintiff was engaged in conduct that constitutes a waiver of Plaintiff's rights, if any such exist,

16  that Plaintiff alleges were violated. By reason of this waiver, Defendant is excused from the

17  liability alleged in the Complaint.

18  ### FIFTH AFFIRMATIVE DEFENSE

19  #### (Estoppel)

20      5.    As a separate and affirmative defense to the Complaint and each cause of action

21  therein, Defendant is informed and believes, and upon such information and belief alleges, that

22  by reason of the conduct of Plaintiff, which constitutes a breach of contract, fraud, other tortious

23  conduct, waiver, unclean hands and/or laches, Plaintiff is estopped to assert any right to relief.

24  ### SIXTH AFFIRMATIVE DEFENSE

25  #### (Laches)

26      6.    As a separate and affirmative defense to the Complaint and each cause of action

27  therein, Defendant is informed and believes, and upon such information and belief alleges, that

28  Plaintiff's failure to timely and promptly act constitutes laches and therefore bars relief to Plaintiff.

Stone & Sallus, LLP
2235 Campus Drive
El Segundo, CA 90245
Tel.: (310) 889-0233

6

1      **SEVENTH AFFIRMATIVE DEFENSE**

2      **(Failure of Conditions)**

3          7.    As a separate and affirmative defense to the Complaint and each cause of action

4   against Defendant, the Complaint and each cause of action are barred by virtue of the failure of

5   conditions precedent or subsequent, and Plaintiff is thus not entitled to any relief requested in the

6   Complaint.

7      **EIGHTH AFFIRMATIVE DEFENSE**

8      **(Offset)**

9          8.    As a separate and affirmative defense to the Complaint and each cause of action

10   therein, Defendant alleges that the relief requested by Plaintiff should be barred, modified,

11   reduced, changed, offset or setoff to reflect sums and liabilities owed to Defendant, and to any

12   extent that may be found owed as to the other Defendants, by Plaintiff.

13      **NINTH AFFIRMATIVE DEFENSE**

14      **(Unjust Enrichment)**

15          9.    As a separate and affirmative defense to the Complaint and each cause of action

16   against Defendant, Plaintiff would be unjustly enriched if Plaintiff recovered from any of the

17   damages alleged, or is giving any of the relief requested, in the Complaint on file in this lawsuit.

18      **TENTH AFFIRMATIVE DEFENSE**

19      **(Plaintiff or Third Parties at Fault)**

20          10.    As a separate and affirmative defense to the Complaint and each cause of action

21   against Defendant, any injury, damage, or loss sustained by Plaintiff as alleged in this action is

22   due to the fault of Plaintiff or parties, other than Defendant or any related parties, over which

23   Defendant or any related parties have no control.

24      **ELEVENTH AFFIRMATIVE DEFENSE**

25      **(Statute of Limitations)**

26          11.    As a separate and affirmative defense to the Complaint and each cause of action

27   against Defendant, the causes of action asserted in the Complaint are barred, in whole or in part,

28   by any applicable statute of limitation.

Stone & Sallus, LLP
2235 Campus Drive
El Segundo, CA 90245
Tel.: (310) 889-0233

7

Stone & Sallus, LLP
2235 Campus Drive
El Segundo, CA 90245
Tel.: (310) 889-0233

## TWELFTH AFFIRMATIVE DEFENSE

### (Good Faith)

12.    As a separate and affirmative defense to the Complaint and each cause of action against Defendant, the Complaint and each cause of action set forth therein is barred because this answering Defendant and/or Defendant's agents, successors, or assigns acted reasonably and in good faith at all times material herein, based on all relevant facts and circumstances known by it at the time they so acted.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

13.    As a separate and affirmative defense to the Complaint and each cause of action against Defendant, Defendant is informed and believes, and upon such information and belief alleges, that Plaintiff failed to mitigate damages by failing to take such actions that are reasonably necessary to minimize any loss which may have been, or in the future, may be, sustained.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Speculative Damages)

14.    As a separate and affirmative defense to the Complaint and each cause of action against Defendant, any damages claimed by Plaintiff in the Complaint are speculative.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Causation)

15.    As a separate and affirmative defense to the Complaint and each cause of action against Defendant, there is no causal connection between any act or conduct by Defendant and any violation, breach, act or conduct Plaintiff alleges has occurred, or any loss or damages Plaintiff alleges they have sustained as a result thereof.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Superseding/Intervening Cause)

16.    As a separate and affirmative defense to the Complaint and each cause of action against Defendant, the alleged injuries and damages of which Plaintiff complains, if any, were proximately caused and contributed to by the acts or omissions of other persons and/or entities,

1  and that said acts and omissions were an intervening and superseding cause of injuries and

2  damages, if any, thus barring or diminishing any recovery against Defendant.

### SEVENTEENTH AFFIRMATIVE DEFENSE

#### (Comparative Fault)

5  17.    As a separate and affirmative defense to the Complaint and each cause of action

6  against Defendant, the damages, if any, sustained by Plaintiff as alleged in each and every cause

7  of action of Plaintiff's Complaint, were the proximate result of, and were caused by Plaintiff or

8  Plaintiff's agents' negligence, carelessness, and recklessness, in that Plaintiff or Plaintiff's agents

9  negligently, carelessly, and recklessly failed to use due or ordinary care, caution, and diligence

10  under the conditions and circumstances existing with regard to the acts, occurrences, and

11  transactions alleged in Plaintiff's Complaint. Plaintiff or Plaintiff's negligence, carelessness, and

12  recklessness proximately caused or contributed to, in whole or in part, the damages, if any,

13  sustained by it.

### EIGHTEENTH AFFIRMATIVE DEFENSE

#### (Consent)

16  18.    As a separate and affirmative defense to the Complaint and each cause of action

17  against Defendant, each cause of action contained in the Complaint is barred because Plaintiff

18  expressly or implicitly consented to the alleged actions or omissions, if any, of which Plaintiff

19  now complains.

### NINTEENTH AFFIRMATIVE DEFENSE

#### (No Damage)

22  19.    As a separate and affirmative defense to the Complaint and each cause of action

23  against Defendant, the Complaint and each cause of action set forth therein is barred because

24  Plaintiff has not suffered any damages as a result of any actions taken by this answering Defendant

25  and/or Defendant's agents, successors, or assigns.

### TWENTIETH AFFIRMATIVE DEFENSE

#### (Code of Civil Procedure § 128.5)

28  20.    As a separate and affirmative defense to the Complaint and each cause of action

Stone & Sallus, LLP
2235 Campus Drive
El Segundo, CA 90245
Tel.: (310) 889-0233

9

against Defendant, Defendant is informed and believes, and upon such information and belief alleges, Defendant is entitled to recover from Plaintiff's and/or their attorneys of record, the reasonable expenses, including attorneys' fees and costs incurred in defending against this action, because said action is frivolous and is a bad faith action and totally without merit.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Reservation of Additional Affirmative Defenses)

21.    Defendant presently has insufficient knowledge or information upon which to form a belief as to whether Defendant may have additional affirmative defenses. Defendant therefore reserves Defendant's right to file an amended answer asserting additional affirmative defenses and/or file a complaint or cross-complaint in the event that discovery or other information indicates that such pleadings are appropriate.

**WHEREFORE**, Defendant prays for judgment as follows:

1.    The Plaintiff take nothing by virtue of its Complaint on file herein, or any cause of action or count contained therein;

2.    The Complaint be dismissed Defendant in its entirety with prejudice;

3.    That Defendant be awarded reasonable attorneys' fees as allowed by law;

4.    That Defendant be awarded all costs herein incurred; and

5.    For such other and further relief as the Court may deem just and proper.

DATED: August 7, 2024

Respectfully submitted,
STONE & SALLUS, LLP

By: *Michael J. Peng*
Jason M. Stone
Michael J. Peng
Attorneys for Defendant
GREEN LOTUS GROUP, LLC

**Stone & Sallus, LLP**
2235 Campus Drive
El Segundo, CA 90245
Tel.: (310) 889-0233

DEFENDANTS' VERIFIED ANSWER TO PLAINTIFF'S VERIFIED COMPLAINT

1

## VERIFICATION

2      I, Van Thi Duong, am an officer of Green Lotus Group, LLC, and I am authorized to

3 execute this Verification on its behalf.

4      I have read the foregoing document entitled **DEFENDANTS' VERIFIED ANSWER**

5 **TO PLAINTIFF'S VERIFIED COMPLAINT**. The matters stated in the foregoing document are

6 true of my own knowledge except as to those matters which are stated on information and belief, and as

7 to those matters, I believe them to be true.

8      I declare under penalty of perjury under the laws of the State of California that the

9 foregoing is true and correct.

10      Executed at Los Angeles, California, on August 6, 2024.

11

12

13 By: _____

14       Van Thi Duong

15

16

17

18

19

20

21

22

23

24

25

26

27

28

11

DEFENDANTS' VERIFIED ANSWER TO PLAINTIFF'S VERIFIED COMPLAINT

Stone & Sallus, LLP
2235 Campus Drive
El Segundo, CA 90245
Tel.: (310) 889-0233

## **PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2235 Campus Dr., El Segundo, CA 90245.

On August 7, 2024, I served the following document(s), described as **DEFENDANTS' VERIFIED ANSWER TO PLAINTIFF'S VERIFIED COMPLAINT,** on each interested party in this action, as follows:

| | |
|---|---|
| FITZGERALD KREDITOR BOLDUC RISBROUGH LLP<br>Eoin L. Kreditor, Esq.<br>Paul Johnson Sievers, Esq.<br>2 Park Plaza, Suite 850<br>Irvine, California 92614 | Attorneys for Plaintiff<br>FOOTIHLL AND TOWNE, LLC<br><br>Tel: (949) 788-8900<br>Fax: (949) 788-8980<br><br>Email: ekreditor@fkbrlegal.com<br>          psievers@fkbrlegal.com |

BY ELECTRONIC SERVICE – I caused a copy of the above-referenced document to be transmitted to the interested parties via electronic transmission from the email address of bsullivan@stonesalluslaw.com to the email address(es) as listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 7, 2024, at Los Angeles, California.

*Brittnie Sullivan*
Brittnie Sullivan

Stone & Sallus, LLP
2235 Campus Drive
El Segundo, CA 90245
Tel.: (310) 889-0233

DEFENDANTS' VERIFIED ANSWER TO PLAINTIFF'S VERIFIED COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# EXHIBIT 7

27
28

1  FITZGERALD KREDITOR BOLDUC RISBROUGH LLP
   Eoin L. Kreditor (SBN 151131
2        ekreditor@fkbrlegal.com
   Paul Johnson Sievers (SBN 156561)
3        psievers@fkbrlegal.com
   2 Park Plaza, Suite 850
4  Irvine, California 92614
   Telephone:    (949) 788-8900
5  Facsimile:    (949) 788-8980

6  Attorneys for Plaintiff
   FOOTHILL AND TOWNE, LLC
7

Electronically FILED by
Superior Court of California,
County of Los Angeles
2/06/2025 4:23 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By R. Pineda, Deputy Clerk

8              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9         **COUNTY OF LOS ANGELES — STANLEY MOSK COURTHOUSE**

10 FOOTHILL AND TOWNE, LLC, a            Case No.: 24STCV15235
   California limited liability company,  [Unlimited Jurisdiction]
11                                        Assigned for all purposes to: Hon. Rupert A.
12         Plaintiff,                     Byrdsong – Dept. 28

13         and

14 GREEN LOTUS GROUP, LLC a California    **NOTICE OF STATUS CONFERENCE**
   limited liability company; ALL PERSONS
15 UNKNOWN, CLAIMING ANY LEGAL
   OR   EQUITABLE   RIGHT,   TITLE,       Status Conference
16 ESTATE, LIEN, OR INTEREST IN THE
   PROPERTY   DESCRIBED   IN   THE        Date:  June 12, 2025
17 COMPLAINT   ADVERSE   TO   THE         Time: 8:30 A.M.
   PLAINTIFFS' TITLE, OR ANY CLOUD
18 UPON   THE   PLAINTIFFS'   TITLE       Complaint Filed:  June 18, 2024
   THERETO; and DOES 1 through 100,       Trial Date:       None Set
19 inclusive,
20
21         Defendants.
22
23
24
25
26
27
28

                                   -1-

**TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the Court has set a Status Conference for June 12, 2025 at 8:30 a.m. in Department 28 of the above-captioned Court. Attached hereto as Exhibit A are true and correct copies of the Minute Order.

DATED: February 6, 2025                    FITZGERALD KREDITOR BOLDUC RISBROUGH LLP


By: _____
Paul Johnson Sievers
Attorneys for Plaintiff
FOOTHILL AND TOWNE, LLC

-2-

NOTICE OF STATUS CONFERENCE

**PROOF OF SERVICE**

*FOOTHILL AND TOWNE, LLC, v. GREEN LOTUS GROUP, LLC, et al.*
Los Angeles Superior Court Case No.: 24STCV15235

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 2 Park Plaza, Suite 850, Irvine, California 92614.

On February 6, 2025, at Irvine, California I served the foregoing document(s) described as:

**NOTICE OF STATUS CONFERENCE**

on the interested parties in this action by placing ☒ a true copy ☐ the original thereof addressed as follows:

Jason M. Stone
Michael J. Peng
Brittnie Sullivan
STONE & SALLUS, LLP
2235 Campus Drive
El Segundo, CA 90245
T: (310) 889-0233
F: (310) 889-0230
E: jstone@stonesalluslaw.com
mpeng@stonesalluslaw.com
bsullivan@stonesalluslaw.com
*Attorneys for Defendant, GREEN LOTUS GROUP, LLC.*

☐    **(MAIL) (C.C.P. § 1013(a))** Pursuant to CCP § 1013(a) and under firm practice said envelope would be deposited with the U.S. Postal Service on the same day with postage thereof fully prepaid at Irvine, California in the ordinary course of business. I am readily familiar with FitzGerald Kreditor Bolduc Risbrough LLP's ordinary business practice of collection and processing correspondence for mailing. I followed this business practice and I placed the envelope for collection and mailing on the date identified above. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage date is more than one day after date of deposit for mailing in affidavit.

☐    **(PERSONAL SERVICE) (C.C.P. § 1011 (a))** Pursuant to CCP § 1011(a) I caused such envelope to be delivered by hand to the offices of the addressee.

☐    **(OVERNIGHT MAIL) (CCP § 1013(c))** Pursuant to CCP § 1013(c), I deposited such document(s) in a box regularly maintained by an overnight courier located at 2 Park Plaza at Irvine, California 92614. The envelope was an envelope designated by such overnight courier for overnight delivery and all delivery fees were fully prepaid.

1

**PROOF OF SERVICE**

1

☒ **(ELECTRONIC SERVICE) (CCP § 1010.6(a)(4))** I caused such document(s) to be

2

electronically served, via One Legal Attorney Service, served on all interested parties in this action shown by Electronic-Filing through One Legal Attorney Service which is then printed and

3

maintained with the original documents in our office. Electronic service is complete at the time of transmission. My electronic notification address is 2 Park Plaza, Suite 850, Irvine, CA 92614. E-

4

mail: vscafidi@fkbrlegal.com.

5

☐ **(ELECTRONIC SERVICE) (C.C.P. § 1010.6(a)(4))** I caused such document(s) to

6

be electronically served on all interested parties in this action shown by email. Electronic service is complete at the time of transmission. My electronic notification address is 2 Park Plaza, suite 850, Irvine, California 92614. E-mail: vscafidi@fkbrlegal.com.

7

8

☒ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

9

10        Executed on February 6, 2025, at Irvine, California.

11

12                                                              Vianni Scafidi

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**PROOF OF SERVICE**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 8

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Civil Division
Central District, Stanley Mosk Courthouse, Department 28

**24STCV15235**                                                          October 16, 2024
**FOOTHILL AND TOWNE, LLC, A CALIFORNIA LIMITED**               8:30 AM
**LIABILITY COMPANY vs GREEN LOTUS GROUP, LLC A**
**CALIFORNIA LIMITED LIABILITY COMPANY, et al.**

Judge: Honorable Rupert A. Byrdsong            CSR: None
Judicial Assistant: A. Robledo                 ERM: None
Courtroom Assistant: S. Brown                  Deputy Sheriff: None

**APPEARANCES:**

For Plaintiff(s): Paul J. Seivers (Telephonic)

For Defendant(s): Michael Peng (Telephonic)

**NATURE OF PROCEEDINGS:** Case Management Conference

The matter is called for hearing.

The Court and counsel confer regarding the status of the case.

Counsel states that the parties Stipulated to set aside the default.

The Court orders the default entered on 08/05/2024 as to GREEN LOTUS GROUP, LLC a
California limited liability company vacated.

The Answer previously filed by Defendant shall remain.

Trial Setting Conference is scheduled for 02/05/2025 at 08:30 AM in Department 28 at Stanley
Mosk Courthouse.

Notice is waived.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 9

CM-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br><br>Jason M. Stone (SBN: 299373); Michael J. Peng (SBN: 260852)<br>Stone & Sallus, LLP<br>2235 Campus Drive<br>El Segundo, CA 90245<br><br>TELEPHONE NO.: (310) 889-0233          FAX NO. *(Optional)* (310) 889-0230<br>EMAIL ADDRESS *(Optional):* jstone@stonesalluslaw.com; mpeng@stonesalluslaw.com<br>ATTORNEY FOR *(Name):* Defendant Green Lotus Group, LLC | FOR COURT USE ONLY<br><br>**Electronically FILED by<br>Superior Court of California,<br>County of Los Angeles<br>10/29/2024 11:11 AM<br>David W. Slayton,<br>Executive Officer/Clerk of Court,<br>By D. Kim, Deputy Clerk** |
|---|---|

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF  LOS ANGELES |
|---|
| STREET ADDRESS: 111 N Hill Street |
| MAILING ADDRESS: 111 N Hill Street |
| CITY AND ZIP CODE: Los Angeles 90021 |
| BRANCH NAME: Stanley Mosk Courthouse |

| | |
|---|---|
| PLAINTIFF/PETITIONER: Foothill and Towne, LLC | CASE NUMBER:<br>24STCV15235 |
| DEFENDANT/RESPONDENT: Defendant Green Lotus Group, LLC, et al. | JUDICIAL OFFICER:<br>Hon. Rupert A. Byrdsong |
| **NOTICE OF RELATED CASE** | DEPT:.<br>28 |

*Identify, in chronological order according to date of filing, all cases related to the case referenced above.*

1. a. Title: Van Duong Nguyen v. Tiffany Nguyen, et al.

   b. Case number: 30-2024-01384569-CU-FR-WJC

   c. Court: ☐ same as above

      ☒ other state or federal court *(name and address):* Superior Court of California County of Orange

   d. Department: W15

   e. Case type: ☐ limited civil ☒ unlimited civil ☐ probate ☐ family law ☐ other *(specify):*

   f. Filing date: March 6, 2024

   g. Has this case been designated or determined as "complex?" ☐ Yes ☒ No

   h. Relationship of this case to the case referenced above *(check all that apply):*

      ☒ involves the same parties and is based on the same or similar claims.

      ☒ arises from the same or substantially identical transactions, incidents, or events requiring the determination of
         the same or substantially identical questions of law or fact.

      ☒ involves claims against, title to, possession of, or damages to the same property.

      ☒ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

      ☐ Additional explanation is attached in attachment 1h

   i. Status of case:

      ☒ pending

      ☐ dismissed ☐ with ☐ without prejudice

      ☐ disposed of by judgment

2. a. Title:

   b. Case number:

   c. Court: ☐ same as above
      ☐ other state or federal court *(name and address):*

   d. Department:

Page 1 of 3

**CM-015**

| PLAINTIFF/PETITIONER: Foothill and Towne, LLC | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Defendant Green Lotus Group, LLC, et al. | 24STCV15235 |

2. *(continued)*

 e. Case type: ☐ limited civil ☐ unlimited civil ☐ probate ☐ family law ☐ other *(specify):*

 f. Filing date:

 g. Has this case been designated or determined as "complex?" ☐ Yes ☐ No

 h. Relationship of this case to the case referenced above *(check all that apply):*

  ☐ involves the same parties and is based on the same or similar claims.

  ☐ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.

  ☐ involves claims against, title to, possession of, or damages to the same property.

  ☐ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

   ☐ Additional explanation is attached in attachment 2h

 i. Status of case:
  ☐ pending
  ☐ dismissed ☐ with ☐ without prejudice
  ☐ disposed of by judgment

3. a. Title:

 b. Case number:

 c. Court: ☐ same as above
   ☐ other state or federal court *(name and address):*

 d. Department:

 e. Case type: ☐ limited civil ☐ unlimited civil ☐ probate ☐ family law ☐ other *(specify):*

 f. Filing date:

 g. Has this case been designated or determined as "complex?" ☐ Yes ☐ No

 h. Relationship of this case to the case referenced above *(check all that apply):*

  ☐ involves the same parties and is based on the same or similar claims.

  ☐ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.

  ☐ involves claims against, title to, possession of, or damages to the same property.

  ☐ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

   ☐ Additional explanation is attached in attachment 3h

 i. Status of case:
  ☐ pending
  ☐ dismissed ☐ with ☐ without prejudice
  ☐ disposed of by judgment

4. ☐ Additional related cases are described in Attachment 4. Number of pages attached: _____

Date: October 29, 2024

Michael J. Peng
(TYPE OR PRINT NAME OF PARTY OR ATTORNEY)

▶ *Michael J. Peng*
(SIGNATURE OF PARTY OR ATTORNEY)

CM-015

| | |
|---|---|
| PLAINTIFF/PETITIONER: Foothill and Towne, LLC | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Defendant Green Lotus Group, LLC, et al. | 24STCV15235 |

## PROOF OF SERVICE BY FIRST-CLASS MAIL
### NOTICE OF RELATED CASE

*(NOTE: You cannot serve the Notice of Related Case if you are a party in the action. The person who served the notice must complete this proof of service. The notice must be served on all known parties in each related action or proceeding.)*

1. I am at least 18 years old and **not a party to this action.** I am a resident of or employed in the county where the mailing took place, and my residence or business address is *(specify):*

   See attached proof of service.

2. I served a copy of the *Notice of Related Case* by enclosing it in a sealed envelope with first-class postage fully prepaid and *(check one):*

   a. ☐  deposited the sealed envelope with the United States Postal Service.

   b. ☐  placed the sealed envelope for collection and processing for mailing, following this business's usual practices, with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

3. The *Notice of Related Case* was mailed:

   a. on *(date):*

   b. from *(city and state):*

4. The envelope was addressed and mailed as follows:

   a. Name of person served:

      Street address:
      City:
      State and zip code:

   c. Name of person served:

      Street address:
      City:
      State and zip code:

   b. Name of person served:

      Street address:
      City:
      State and zip code:

   d. Name of person served:

      Street address:
      City:
      State and zip code:

   ☐  Names and addresses of additional persons served are attached. *(You may use form POS-030(P).)*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: _____

_____          ▶          _____
(TYPE OR PRINT NAME OF DECLARANT)                              (SIGNATURE OF DECLARANT)

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2235 Campus Dr., El Segundo, CA 90245.

On October 29, 2024, I served the following document(s), described as **NOTICE OF RELATED CASES,** on each interested party in this action, as follows:

| | |
|---|---|
| FITZGERALD KREDITOR BOLDUC RISBROUGH LLP Eoin L. Kreditor, Esq. Paul Johnson Sievers, Esq. 2 Park Plaza, Suite 850 Irvine, California 92614 | Attorneys for Plaintiff FOOTIHLL AND TOWNE, LLC  Tel: (949) 788-8900 Fax: (949) 788-8980  Email: ekreditor@fkbrlegal.com             psievers@fkbrlegal.com |

<u>BY ELECTRONIC SERVICE</u> – I caused a copy of the above-referenced document to be transmitted to the interested parties via electronic transmission from the email address of bsullivan@stonesalluslaw.com to the email address(es) as listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 29, 2024, at Los Angeles, California.

/s/ Brittnie Sullivan
Brittnie Sullivan

*Stone & Sallus, LLP*
2235 Campus Drive
El Segundo, CA 90245
Tel.: (310) 889-0233

PROOF OF SERVE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 10

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

## Civil Division

Central District, Stanley Mosk Courthouse, Department 28

**24STCV15235**

**FOOTHILL AND TOWNE, LLC, A CALIFORNIA LIMITED
LIABILITY COMPANY vs GREEN LOTUS GROUP, LLC A
CALIFORNIA LIMITED LIABILITY COMPANY, et al.**

February 5, 2025
8:30 AM

Judge: Honorable Rupert A. Byrdsong
Judicial Assistant: A. Robledo
Courtroom Assistant: S. Brown

CSR: None
ERM: None
Deputy Sheriff: None

APPEARANCES:

For Plaintiff(s): Litao Zhou appearing for Paul J. Seivers (Telephonic)

For Defendant(s):  No Appearances

**NATURE OF PROCEEDINGS:** Trial Setting Conference

The matter is called for hearing.

The Court and counsel confer regarding the status of the case.

Counsel states that Plaintiff has filed Bankruptcy.

Status Conference Re: Bankruptcy is scheduled for 06/12/2025 at 08:30 AM in Department 28 at
Stanley Mosk Courthouse.

Counsel for the Plaintiff is directed to give notice.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

# EXHIBIT 11

28

THE SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

Español    Tiếng Việt    한국어    中文    հայերեն

Search

| Home | Online Services | Forms, Filings & Files | Self-Help | Divisions | Jury | General Info |
|------|----------------|------------------------|-----------|-----------|------|--------------|
| | Pay Fines, Search Records... | Forms, Filing Fees... | For persons without attorneys | Civil, Criminal, Family... | Jury Duty Portal, Q&A... | Courthouses, ADA ... |

ONLINE SERVICES

# Case Access



LANGUAGE ACCESS

English

PRINT    NEW SEARCH

## CASE INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Case Number:** 24STCV15235
FOOTHILL AND TOWNE, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY VS GREEN LOTUS GROUP, LLC A CALIFORNIA LIMITED LIABILITY COMPANY, ET AL.

**Filing Courthouse:** Stanley Mosk Courthouse

**Filing Date:** 06/18/2024
**Case Type:** Quiet Title (General Jurisdiction)
**Status:** Pending

Click here to access document images for this case
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

## FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**06/12/2025** at 08:30 AM in Department 28 at 111 North Hill Street, Los Angeles, CA 90012
Status Conference Re: Bankruptcy

## PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT TITLE ESTATE LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO THE PLAINTIFFS? TITLE OR ANY CLOUD UPON THE PLAINTIFFS? TITLE THERETO - Defendant

FOOTHILL AND TOWNE LLC A CALIFORNIA LIMITED LIABILITY COMPANY - Plaintiff

GREEN LOTUS GROUP LLC A CALIFORNIA LIMITED LIABILITY COMPANY - Defendant

PENG MICHAEL J - Attorney for Defendant

SEIVERS PAUL J. - Attorney for Plaintiff

## DOCUMENTS FILED

## Documents Filed (Filing dates listed in descending order)

**02/06/2025** Notice (of Status Conference)
Filed by FOOTHILL AND TOWNE, LLC, a California limited liability company (Plaintiff)

**02/05/2025** Minute Order ( (Trial Setting Conference))
Filed by Clerk

**10/29/2024** Notice of Related Case
Filed by GREEN LOTUS GROUP, LLC a California limited liability company (Defendant)

**10/23/2024** Stipulation and Order (STIPULATION TO SET ASIDE ENTRY OF DEFAULT; [PROPOSED] ORDER)
Filed by GREEN LOTUS GROUP, LLC a California limited liability company (Defendant)

**10/16/2024** Minute Order ( (Case Management Conference))
Filed by Clerk

**10/07/2024** Case Management Statement
Filed by GREEN LOTUS GROUP, LLC a California limited liability company (Defendant)

**10/01/2024** Case Management Statement
Filed by FOOTHILL AND TOWNE, LLC, a California limited liability company (Plaintiff)

**08/07/2024** Answer
Filed by GREEN LOTUS GROUP, LLC a California limited liability company (Defendant)

**08/05/2024** Request for Entry of Default / Judgment
Filed by FOOTHILL AND TOWNE, LLC, a California limited liability company (Plaintiff)

**06/25/2024** Proof of Personal Service
Filed by FOOTHILL AND TOWNE, LLC, a California limited liability company (Plaintiff)

**06/20/2024** Summons (on Complaint)
Filed by FOOTHILL AND TOWNE, LLC, a California limited liability company (Plaintiff)

**06/20/2024** Notice of Case Management Conference
Filed by Clerk

**06/18/2024** Notice of Case Assignment - Unlimited Civil Case
Filed by Clerk

**06/18/2024** Alternative Dispute Resolution Packet
Filed by Clerk

**06/18/2024** Civil Case Cover Sheet
Filed by FOOTHILL AND TOWNE, LLC, a California limited liability company (Plaintiff)

**06/18/2024** Complaint
Filed by FOOTHILL AND TOWNE, LLC, a California limited liability company (Plaintiff)

## PROCEEDINGS HELD

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

### Proceedings Held (Proceeding dates listed in descending order)

**02/06/2025** at 08:30 AM in Department 1
Hearing on Motion - Other (Motion for Coordination) - **Not Held - Vacated by Court**

**02/05/2025** at 08:30 AM in Department 28, Rupert A. Byrdsong, Presiding
Trial Setting Conference - **Held**

**01/30/2025** at 08:30 AM in Department 28
Hearing on Motion - Other (Coordinate Actions) - **Not Held - Vacated by Court**

**01/30/2025** at 08:30 AM in Department 1
Hearing on Motion - Other (Motion for Coordination) - **Not Held - Vacated by Court**

**10/16/2024** at 08:30 AM in Department 28, Rupert A. Byrdsong, Presiding
Case Management Conference - **Held**

## REGISTER OF ACTIONS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**02/06/2025** Notice of Status Conference; Filed by: FOOTHILL AND TOWNE, LLC, a California limited liability company (Plaintiff)

**02/05/2025** Status Conference Re: Bankruptcy scheduled for 06/12/2025 at 08:30 AM in Stanley Mosk Courthouse at Department 28

**02/05/2025** Minute Order (Trial Setting Conference)

**02/05/2025** Trial Setting Conference scheduled for 02/05/2025 at 08:30 AM in Stanley Mosk Courthouse at Department 28 updated: Result Date to 02/05/2025; Result Type to Held

**01/10/2025** Hearing on Motion - Other Motion for Coordination scheduled for 02/06/2025 at 08:30 AM in Stanley Mosk Courthouse at Department 1 Not Held - Vacated by Court on 01/10/2025

**01/04/2025** Hearing on Motion - Other Coordinate Actions scheduled for 01/30/2025 at 08:30 AM in Stanley Mosk Courthouse at Department 28 Not Held - Vacated by Court on 01/04/2025

**12/05/2024** Hearing on Motion - Other Motion for Coordination scheduled for 01/30/2025 at 08:30 AM in Stanley Mosk Courthouse at Department 1 Not Held - Vacated by Court on 12/05/2024

**10/30/2024** Updated -- Michael J Peng (Attorney): Organization Name changed from STONE & SALLUS, LLP to Stone & Sallus, LLP; Middle Name: J

**10/29/2024** Notice of Related Case; Filed by: GREEN LOTUS GROUP, LLC a California limited liability company (Defendant)

**10/23/2024** Stipulation and Order STIPULATION TO SET ASIDE ENTRY OF DEFAULT; [PROPOSED] ORDER; Signed and Filed by: GREEN LOTUS GROUP, LLC a California limited liability company (Defendant); As to: FOOTHILL AND TOWNE, LLC, a California limited liability company (Plaintiff)

**10/17/2024** Updated -- Stipulation and Order STIPULATION TO SET ASIDE ENTRY OF DEFAULT; [PROPOSED] ORDER: Filed By: GREEN LOTUS GROUP, LLC a California limited liability company (Defendant); Result: Granted ; Result Date: 10/17/2024

**10/16/2024** Trial Setting Conference scheduled for 02/05/2025 at 08:30 AM in Stanley Mosk Courthouse at Department 28

**10/16/2024** Minute Order (Case Management Conference)

**10/16/2024** On the Complaint filed by FOOTHILL AND TOWNE, LLC, a California limited liability company on 06/18/2024, Default entered on 08/05/2024, Vacated - .

**10/16/2024** Case Management Conference scheduled for 10/16/2024 at 08:30 AM in Stanley Mosk Courthouse at Department 28 updated: Result Date to 10/16/2024; Result Type to Held

**10/07/2024** Case Management Statement; Filed by: GREEN LOTUS GROUP, LLC a California limited liability company (Defendant)

**10/01/2024** Case Management Statement; Filed by: FOOTHILL AND TOWNE, LLC, a California limited liability company (Plaintiff)

**08/07/2024** Answer; Filed by: GREEN LOTUS GROUP, LLC a California limited liability company (Defendant); As to: FOOTHILL AND TOWNE, LLC, a California limited liability company (Plaintiff)

**08/05/2024** Request for Entry of Default / Judgment; Filed by: FOOTHILL AND TOWNE, LLC, a California limited liability company (Plaintiff); As to: GREEN LOTUS GROUP, LLC a California limited liability company (Defendant)

**08/05/2024** Default entered as to GREEN LOTUS GROUP, LLC a California limited liability company; On the Complaint filed by FOOTHILL AND TOWNE, LLC, a California limited liability company on 06/18/2024

**06/25/2024** Proof of Personal Service; Filed by: FOOTHILL AND TOWNE, LLC, a California limited liability company (Plaintiff); As to: GREEN LOTUS GROUP, LLC a California limited liability company (Defendant); Service Cost Waived: No; Service Cost: 106.20; Service Date: 06/24/2024

**06/20/2024** Notice of Case Management Conference; Filed by: Clerk

**06/20/2024** Case Management Conference scheduled for 10/16/2024 at 08:30 AM in Stanley Mosk Courthouse at Department 28

**06/20/2024** Summons on Complaint; Issued and Filed by: FOOTHILL AND TOWNE, LLC, a California limited liability company (Plaintiff); As to: GREEN LOTUS GROUP, LLC a California limited liability company (Defendant); ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO THE PLAINTIFFS? TITLE, OR ANY CLOUD UPON THE PLAINTIFFS? TITLE THERETO (Defendant)

**06/20/2024** Address for Paul J. Seivers (Attorney) updated

**06/18/2024** Complaint; Filed by: FOOTHILL AND TOWNE, LLC, a California limited liability company (Plaintiff); As to: GREEN LOTUS GROUP, LLC a California limited liability company (Defendant); ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO THE PLAINTIFFS? TITLE, OR ANY CLOUD UPON THE PLAINTIFFS? TITLE THERETO (Defendant)

**06/18/2024** Civil Case Cover Sheet; Filed by: FOOTHILL AND TOWNE, LLC, a California limited liability company (Plaintiff); As to: GREEN LOTUS GROUP, LLC a California limited liability company (Defendant)

**06/18/2024** Alternate Dispute Resolution Packet; Filed by: Clerk

**06/18/2024** Notice of Case Assignment - Unlimited Civil Case; Filed by: Clerk

**06/18/2024** Case assigned to Hon. Rupert A. Byrdsong in Department 28 Stanley Mosk Courthouse

NEW SEARCH

Privacy Statement   |   Disclaimer   |   Employment   |   ADA   |   Holidays   |   Comment on our Website          Copyright © 2025 Superior Court of California, County of Los Angeles