

FILED & ENTERED

AUG 13 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte      DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Foothill and Towne LLC,<br><br><br><br>                                   Debtor(s). | CHAPTER 7<br><br>Case No.:  8:25-bk-10136-SC<br>Adv No:   8:25-ap-01227-SC<br><br>**NOTICE OF ENTRY OF ORDER** |
| Foothill and Towne LLC,<br><br>                                   Plaintiff(s),<br>     v.<br><br>Green Lotus Group, LLC,<br><br>                                   Defendant(s). | |

-1-

-2-

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER SUA SPONTE ABSTAINING, REMANDING ACTION TO STATE COURT, AND VACATING HEARING was entered on the date contained in the upper righthand corner of the order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent on the day of entry of this notice by U.S. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Certified copy mailed to:
Superior Court of the State of California
County of Los Angeles
Stanley Most Courthouse
Dept. 28
111 N. Hill Street,
Los Angeles, CA 90012