United States Bankruptcy Court

Central District of California

Foothill and Towne LLC,

 Plaintiff                 Adv. Proc. No. 25-01227-SC

Green Lotus Group, LLC,

 Defendant

# CERTIFICATE OF NOTICE

| District/off: 0973-8 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Aug 13, 2025 | Form ID: pdf031 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Foothill and Towne LLC, 104 Nest Pine, Irvine, CA 92602-1885 |
| dft | + | Green Lotus Group, LLC, 17272 Newhope St, Fountain Valley, CA 92708-4210 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2025        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Joshua L Scheer | |
| | on behalf of Defendant Green Lotus Group  LLC jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com |
| Stephen R Wade | |
| | on behalf of Plaintiff Foothill and Towne LLC srw@srwadelaw.com  reception@srwadelaw.com |
| United States Trustee (SA) | |
| | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 3



**FILED & ENTERED**

AUG 13 2025

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte      DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>Foothill and Towne LLC,<br><br><br><br>Debtor(s).<br>Foothill and Towne LLC,<br><br>Plaintiff(s),<br><br>    v.<br><br>Green Lotus Group, LLC,<br><br>Defendant(s). | CHAPTER 7<br><br>Case No.:  8:25-bk-10136-SC<br>Adv No:  8:25-ap-01227-SC<br><br>**NOTICE OF ENTRY OF ORDER** |

-1-

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER SUA SPONTE ABSTAINING, REMANDING ACTION TO STATE COURT, AND VACATING HEARING was entered on the date contained in the upper righthand corner of the order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent on the day of entry of this notice by U.S. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Certified copy mailed to:
Superior Court of the State of California
County of Los Angeles
Stanley Most Courthouse
Dept. 28
111 N. Hill Street,
Los Angeles, CA 90012

-2-